UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BETANCOURT, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANTAGE HUMAN RESOURCING, INC. (d/b/a ADVANTAGE STAFFING), a corporation; and DOES 1-10.<br><br>    Defendants. | Case No. 3:14-cv-01788-JST<br><br>[~~PROPOSED~~] SCHEDULING ORDER REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

The Court held a Case Management Conference on September 3, 2014, and set the following schedule for Plaintiff's Motion for Class Certification:

| | |
|---|---|
| Deadline for Plaintiff to file a Motion for Class Certification: | April 20, 2015 |
| Deadline for Defendants to file an Opposition to Plaintiff's Motion for Class Certification: | June 1, 2015 |
| Deadline for Plaintiff to file a Reply in Support of Class Certification: | June 22, 2015 |

///

///

///

Case No. 3:14-cv-01788-JST                            1
[~~PROPOSED~~] SCHEDULING ORDER REGARDING
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1       The hearing on Plaintiff's Motion for Class Certification will be held on July 9, 2015 at 2:00 p.m.

2 in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

3       IT IS SO ORDERED.

5 Dated: September 8, 2014

